**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1020

LESTER FLORENCE,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General; UNITED
STATES POSTAL SERVICE,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-02-624-1)

Submitted: May 28, 2004                Decided: July 1, 2004

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas B. Kobrin, Greensboro, North Carolina, for Appellant.  Joan
B. Binkley, Assistant United States Attorney, Greensboro, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lester Florence appeals the district court's order granting summary judgment to Defendants in this action arising out of Florence's termination from employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Florence v. Potter</u>, No. CA-02-624-1 (M.D.N.C. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>